STATE OF NEBRASKA V. MIKE TOTH ET AL.

FILED JULY 20, 1927.   No. 25917.

ERROR to the district court for Douglas county:   JAMES M. FITZGERALD, JUDGE.   *Exceptions sustained.*

*Henry J. Beal, Irvin Stalmaster* and *J. W. Yeager,* for plaintiff in error.

*David A. Fitch, contra.*

Heard before GOSS, C. J., GOOD, THOMPSON and EBERLY, JJ., ELDRED and L. S. HASTINGS, District Judges.

ELDRED, District Judge.

The issues presented before the trial court and the legal question presented by this proceeding, are identical with those involved in *State v. Girt, ante,* p. 833.   Upon the authority of that case, the exceptions of the state in this action are sustained.

EXCEPTIONS SUSTAINED.

---

STATE OF NEBRASKA V. WILLIAM BARTLETT ET AL.

FILED JULY 20, 1927.   No. 25918.

ERROR to the district court for Douglas county:   JAMES M. FITZGERALD, JUDGE.   *Exceptions sustained.*

*Henry J. Beall, Irvin Stalmaster* and *J. W. Yeager,* for plaintiff in error.

*David A. Fitch, contra.*

Heard before GOSS, C. J., GOOD, THOMPSON and EBERLY, JJ., ELDRED and L. S. HASTINGS, District Judges.

ELDRED, District Judge.

The issues presented before the trial court and the legal questions presented by this proceeding, are identical with those involved in *State v. Girt, ante,* p. 833.   Upon the authority of that case, the exceptions of the state in this action are sustained.

EXCEPTIONS SUSTAINED.